UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

In re:

Peter C. Cubba,

    Debtor.

Case No. 11-43192
Chapter 7
Hon. Walter Shapero

_____/

**Flagstar Bank, FSB**,

    Plaintiff,

v.

Adv. Pro. No. 11-05518

**Greenstone Investments, LLC**, a Michigan limited liability company, **Fairfield Investments, LLC**, a Michigan limited liability company, **Allen Point Investments, LLC**, a Michigan limited liability company, **Peter J. Cubba**, an individual, **Peter J. Cubba Revocable Living Trust Agreement Dated March 5, 1999, as Amended**, a trust, and **Peter C. Cubba**, an individual,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO REMAND PORTION OF REMOVED PROCEEDING TO STATE COURT

For the reasons set forth in the Court's Opinion entered concurrently herewith,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand the Guaranty Claim to the state court is **GRANTED**. In doing so, it should be clear that the remand is only to the extent that the state court decide the validity and amount, if any, of the Guaranty Claim, following which, it's treatment will be a matter for the Bankruptcy Court to determine.
.

```
                                  Signed on August 19, 2011
                                         /s/ Walter Shapero
```

Walter Shapero
United States Bankruptcy Judge